UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
STARR INVESTMENTS CAYMAN II, INC.,
:
                 Plaintiff,                 Case No. 11 CV 00233 SLR
:
    -against-
:
CHINA MEDIAEXPRESS HOLDINGS, INC.,
DELOITTE TOUCHE TOHMATSU, ZHENG   :
CHENG, JACKY LAM
:
                Defendants.   :
---------------------------------------------------------------x

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME**

WHEREAS, on March 18, 2011, Plaintiff Starr Investments Cayman II, Inc. filed the Complaint in this action;

WHEREAS, on June 13, 2011, Defendants China MediaExpress Holdings, Inc., Zheng Cheng, and Jacky Lam (collectively the "Defendants") filed motions to dismiss the Complaint pursuant to a stipulation extending the time for the Defendants to respond to the Complaint, which was so-ordered on May 4, 2011;

WHEREAS, Plaintiff and the Defendants have agreed to extend the time for Plaintiff to respond to the Defendants' motions to dismiss and for the Defendants to file their respective reply briefs;

NOW, THEREFORE, subject to approval by this Court, it is hereby stipulated and agreed:

(1)    that the time for Plaintiff to serve and file its answering briefs to the Defendants'

respective motions to dismiss in this matter shall be extended to and includes July 8, 2011;

(2) that the time for the Defendants to serve and file their respective reply briefs shall be extended to and includes July 26, 2011; and

(3) By signing this stipulation, Plaintiff does not waive, and hereby expressly reserves its right to file an amended complaint pursuant to Fed. R. Civ. P. 15.

Dated: June 24, 2011

| | |
|---|---|
| BOUCHARD MARGULES & FRIEDLANDER, P.A. | PEPPER HAMILTON LLP |
| /s/Sean M. Brennecke_____ | /s/ Albert Manwaring_____ |
| Andre G. Bouchard (Bar No. 2504) | Albert Manwaring, IV (Bar No. 4339) |
| Sean M. Brennecke (Bar No. 4686) | James G. McMillian, III (Bar No. 3979) |
| 222 Delaware Avenue | Hercules Plaza, Suite 5100 |
| Suite 1400 | P.O. Box 1709 |
| Wilmington, DE 19801 | Wilmington, DE 19899-1709 |
| (302) 573-3500 | (302) 777-6500 |
| abouchard@bmf-law.com | manwaringa@pepperlaw.com |
| sbrennecke@bmf-law.com | mcmillaj@pepperlaw.com |
| | |
| BOIES, SCHILLER & FLEXNER LLP | LOEB & LOEB LLP |
| Lee Wolosky | Eugene R. Licker |
| Marilyn Kunstler | Laura M. Vasey |
| 575 Lexington Avenue | 345 Park Avenue |
| 7th Floor | New York, New York 10154 -1895 |
| New York, New York 10022 | (212) 407-4000 |
| (212) 446-2300 | elicker@loeb.com |
| lwolosky@bsfllp.com | lvasey@loeb.com |
| mkunstler@bsfllp.com | |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| *Starr Investments Cayman II, Inc.* | *China MediaExpress Holdings, Inc. and Zheng Cheng* |

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

/s/Christian Douglas Wright
David C. McBride (Bar No. 408)
Christian Douglas Wright (Bar No. 3554)
Kristen Salvatore DePalma (Bar No. 4908)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19801
(302) 571-6600
dmcbride@ycst.com
cwright@ycst.com
kdepalma@ycst.com

SHEARMAN & STERLING LLP
Jerome S. Fortinsky
Christopher R. Fenton
Edward G. Timlin
599 Lexington Avenue
New York, NY 10022
(212) 848-4000
jfortinsky@shearman.com
Christopher.fenton@shearman.com
Edward.timlin@shearman.com

Stephen D. Hibbard
525 Market Street
San Francisco, CA 94105
(415) 616-1100
shibbard@shearman.com

*Attorneys for Defendant Jacky Lam*

SO ORDERED:

_____
HON. SUE L. ROBINSON
UNITED STATES DISTRICT JUDGE