IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE


STARR INVESTMENTS          )
CAYMAN  II, INC.,          )
                           )
          Plaintiff,       )
                           )
          v.               )          CA: 11-233-SLR
                           )
CHINA MEDIAEXPRESS          )
HOLDINGS, INC., et al,     )
                           )
          Defendants,      )


AFFIDAVIT


     I, Debra Z. Smith, Deputy Clerk, being first sworn, depose and say that

pursuant to Rule 4(f)(2)(C)(ii) of the Federal Rules of Civil Procedure, I did send on July 12,

2011 by Registered Mail, U.S. Postal Service, a Summons, Amended Complaint, and

Notice/Consent of Availability of a United State Magistrate Judge to Exercise Jurisdiction forms

in the above referenced case to the following addresses:


    1)    Thousand Space Holding Limited
         P.O. Box 957
         Offshore Incorporation Centre
         Road Town
         Tortola, D8 0000000

2)    Bright Elite Management Limited
P.O. Box 957
Offshore Incorporation Centre
Road Town
Tortola, D8 0000000

Debra Z. Smith
Deputy Clerk

Sworn to and subscribed before me
this 13th Day of July, 2011

Kristin Ringgold
Deputy Clerk



RE 338 481 795 US

Clerk
United States District Court
844 N. King Street, Unit 18
Wilmington, DE 19801-3570

Via International
Registered Mail / Return
Receipt Requested.

Thousand Space Holding Ltd.
P.O. Box 957
Offshore Incorporation Centre
Road Town
Tortola. BE 000000



**Registered No.** RE 338 481 795 US

**Date Stamp**

| | |
|---|---|
| Reg. Fee | 11.50 |
| Handling Charge | |
| Postage 3.86 | Return Receipt 2.30 |
| | Restricted Delivery |
| Received by | 1/1 |

Customer Must Declare Full Value $ 0

Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

11cv233

**To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed**

**FROM**
United States Dist. Ct. for Delaware,
Clerks Office
844 North King Street, Unit 18
Wilmington, DE 19801-3570

**TO**
Thousand Space Holding Limited
P.O. Box 957 Offshore Incorporation Ctr.
Road Town
Tortola BE 000000

PS Form **3806**,    **Receipt for Registered Mail**    Copy 1 - Customer
May 2007 (7530-02-000-9051)              (See Information on Reverse)
For domestic delivery information  visit our website at *www.usps.com*

OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

UNIT 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170
www.ded.uscourts.gov

*July 12, 2011*

## REGISTERED MAIL
## RETURN RECEIPT REQUESTED

Thousand Space Holding Limited
P.O. Box 957
Offshore Incorporated Centre
Road Town
Tortola, D8 0000000

RE:     *Starr Investments Cayman II, Inc. v. China Mediaexpress Holdings Inc. et al.,*
        Civil Action No. 11-233-SLR

Dear Sirs:

Enclosed please find a copy of the summons and the amended complaint in the above noted case.  This service is made pursuant to Federal Rules of Civil Procedure, Rule 4 (f)(2)(C)(ii).

Also enclosed are Notice/Consent of Availability forms for Exercise of Jurisdiction by a United States Magistrate Judge.

Sincerely,

PETER T. DALLEO
Clerk

BY: Deputy Clerk

cc:     *Sean M. Brennecke, Bouchard, Margules & Friedlander*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Delaware

| | |
|---|---|
| Starr Investments Cayman II, Inc. | ) |
| *Plaintiff* | ) ) ) |
| v. | ) Civil Action No.   11-233 (SLR) |
| China MediaExpress Holdings, Inc., et al. | ) ) ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Bright Elite Management Limited
P.O. Box 957
Offshore Incorporation Centre
Road Town
Tortola, D8 0000000

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Andre G. Bouchard, Esquire
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, Delaware 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:        JUL 1 2 2011

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  11-233 (SLR)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

◻ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

◻ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

◻ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

◻ I returned the summons unexecuted because _____ ; or

◻ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:



REGISTERED MAIL™

RE 338 481 804 US



**Registered No.** RE 338 481 804 US

| | | | |
|---|---|---|---|
| Reg. Fee | 11.50 | | |
| Handling Charge | | Return Receipt | 2.30 |
| Postage | 8.86 | Restricted Delivery | |
| Received by | | | |

Customer Must Declare Full Value $

Domestic Insurance up to $25,000 is included based upon the declared value. International indemnity is limited. (See Reverse)

**Date Stamp** — WILMINGTON DE — JUL 12 2011

To Be Completed By Post Office

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

11 cv 233

FROM
United States Dist. Court for Delaware
Clerks Office
844 North King Street, Unit 18
Wilmington DE 19801-3570

TO
Bright Elite Management Limited
PO Box 957 Offshore Incorp. Centre
Road Town
Tortola D8   0000000

PS Form **3806**,   **Receipt for Registered Mail**   Copy 1 - Customer
May 2007 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at *www.usps.com*

Clerk
United States District Court
844 N. King Street, Unit 18
Wilmington, DE 19801-3570

Via International Registered Mail/
Return Receipt Requested
Bright Elite Management Limited
PO Box 957
Offshore Incorporation Centre
Road Town
Tortola, D8 0000000

OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

UNIT 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170
www.ded.uscourts.gov

*July 12, 2011*

**REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**

Bright Elite Management Limited
P.O. Box 957
Offshore Incorporated Centre
Road Town
Tortola, D8 0000000

RE:     *Starr Investments Cayman II, Inc. v. China Mediaexpress Holdings Inc. et al.,*
        Civil Action No. 11-233-SLR

Dear Sirs:

        Enclosed please find a copy of the summons and the amended complaint in the above noted
case. This service is made pursuant to Federal Rules of Civil Procedure, Rule 4 (f)(2)(C)(ii).

        Also enclosed are Notice/Consent of Availability forms for Exercise of Jurisdiction by a
United States Magistrate Judge.

Sincerely,

PETER T. DALLEO
Clerk

BY: Deputy Clerk

cc:     *Sean M. Brennecke, Bouchard, Margules & Friedlander*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of Delaware

| | | |
|---|---|---|
| Starr Investments Cayman II, Inc. | ) | |
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  11-233 (SLR) |
| China MediaExpress Holdings, Inc., et al. | ) | |
| _____ | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Thousand Space Holding Limited
P.O. Box 957
Offshore Incorporation Centre
Road Town
Tortola, D8 0000000


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Andre G. Bouchard, Esquire
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, Delaware 19801


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


CLERK OF COURT

Date: _____ JUL 1 2 2011 _____     _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  11-233 (SLR)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    ❐  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    ❐  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ❐  I served the summons on *(name of individual)* _____ , who is

    designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    ❐  I returned the summons unexecuted because _____ ; or

    ❐  Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ___ 0.00 ___ .


I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                            *Server's signature*

                                                         _____
                                                            *Printed name and title*


                                                         _____
                                                            *Server's address*

Additional information regarding attempted service, etc: