IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STARR INVESTMENTS CAYMAN II, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHINA MEDIAEXPRESS HOLDINGS, INC., DELOITTE TOUCHE TOHMATSU, ZHENG CHENG, JACKY LAM, OU WEN LIN, QINGPING LIN, THOUSAND SPACE HOLDINGS LIMITED, BRIGHT ELITE MANAGEMENT LIMITED, THEODORE GREEN, MALCOLM BIRD, A.J. ROBBINS, P.C., <br><br> Defendants. | C.A. No. 11-233-SLR |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the Judges and Magistrate Judges of the District of Delaware to evaluate possible disqualification or recusal, Defendant Deloitte Touch Tohmatsu ("DTT HK"), by its undersigned attorneys of record, certifies that there is no such corporation as mentioned in Rule 7.1(a)(1). DTT HK reserves the right to supplement this statement, if necessary, pursuant to Rule 7.1(b).

Of Counsel:

Lawrence Zweifach
Aric Wu
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
LZweifach@gibsondunn.com
AWu@gibsondunn.com

Dated: September 21, 2011

 

/s/ Susan M. Hannigan
Raymond J. DiCamillo (Del. Bar No. 3188)
Susan M. Hannigan (Del. Bar No. 5342)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
DiCamillo@RLF.com
Hannigan@RLF.com

*Attorneys for Defendant Deloitte Touche Tohmatsu (Hong Kong Partnership)*

## CERTIFICATE OF SERVICE

I, Susan M. Hannigan, hereby certify that on September 21, 2011, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF, which will send automatic notification to the following registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

Andre G. Bouchard, Esq.
Sean M. Brennecke, Esq.
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801

Albert H. Manwaring, IV, Esq.
Pepper Hamilton LLP
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709

Christian D. Wright, Esq.
James L. Higgins, Esq.
Kristen Renee Salvatore DePalma, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19801

Peter B. Ladig, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

Michael D. Goldman, Esq.
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951

I hereby certify that on September 21, 2011, I have sent, by electronic mail, the foregoing document to the following non-registered participants:

Edward P. Gilbert, Esq.
Brett D. Dockwell, Esq.
Donald W. Chase, Esq.
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022

Jerome S. Fortinsky, Esq.
Christopher R. Fenton, Esq.
Edward G. Timlin, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

2

| | |
|---|---|
| Stephen D. Hibbard, Esq.<br>Shearman & Sterling LLP<br>Four Embarcadero Center<br>Suite 3800<br>San Francisco, CA 94111 | Michael E. Marr, Esq.<br>3107 Tyndale Ave.<br>Baltimore, MD 21214-3429 |

                                                                      /s/ *Susan M. Hannigan*
                                                Susan M. Hannigan (Del. Bar No. 5342)