# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STARR INVESTMENTS CAYMAN II, INC., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C.A. No. 1:11-CV-00233 SLR |
| | : |
| CHINA MEDIAEXPRESS HOLDINGS, INC., | : **ORAL ARGUMENT REQUESTED** |
| DELOITTE TOUCHE TOHMATSU, ZHENG | : |
| CHENG, JACKY LAM, OU WEN LIN, | : |
| QUINGPING LIN, THOUSAND SPACE | : |
| HOLDINGS LIMITED, BRIGHT ELITE | : |
| MANAGEMENT LIMITED, THEODORE | : |
| GREEN, MALCOLM BIRD, AND A.J. | : |
| ROBBINS, P.C., | : |
| | : |
| Defendants. | : |

## MOTION TO DISMISS OF DEFENDANTS
## THEODORE GREEN AND MALCOLM BIRD

Defendants Theodore Green and Malcolm Bird (collectively, "Defendants") hereby move the Court to dismiss the Amended Complaint pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995. The grounds for this motion are set forth in the brief filed by Defendants today.

MORRIS JAMES LLP

*/s/ Peter B. Ladig*
Peter B. Ladig (Del. Bar No. 3513)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
Telephone: (302) 888-6826
pladig@morrisjames.com

-and-

MORRISON COHEN LLP
Donald H. Chase
Edward P. Gilbert
909 Third Avenue

          New York, New York 10022
          (212) 735-8600
          dchase@morrisoncohen.com
          egilbert@morrisoncohen.com

*Attorneys for Defendants Theodore Green and Malcolm Bird*

Dated: September 30, 2011

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------X
STARR INVESTMENTS CAYMAN II, INC.  :

                Plaintiff,  :

                                                  C.A. No. 11-CV-233-SLR

    v.  :

CHINA MEDIAEXPRESS HOLDINGS, INC.,  :  **ORAL ARGUMENT**
DELOITTE TOUCHE TOHMATSU,      **REQUESTED**
ZHENG CHENG, JACKY LAM,  :
OU WEN LIN, QINGPING LIN,
THOUSAND SPACE HOLDINGS LIMITED,  :
BRIGHT ELITE MANAGEMENT LIMITED,
THEODORE GREEN, MALCOLM BIRD,  :
A.J. ROBBINS, P.C.,
                Defendants.  :
------------------------------------------------------------------X

## [PROPOSED] ORDER

WHEREAS, Defendants Theodore Green and Malcolm Bird filed a Motion to Dismiss the Amended Complaint against them and the Court having considered the parties' respective briefs, and any response thereto, and the Court having heard oral argument on the Motion, and for good cause shown,

IT IS HEREBY ORDERED on this ____ day of _____, 2011, that the Motion of Defendants Theodore Green and Malcolm Bird is GRANTED.

 

HONORABLE SUE L. ROBINSON
United States District Judge