IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STARR INVESTMENTS CAYMAN II, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CHINA MEDIAEXPRESS HOLDINGS, INC.,<br>DELOITTE TOUCHE TOHMATSU,<br>ZHENG CHENG, JACKY LAM,<br>OU WEN LIN, QINGPING LIN,<br>THOUSAND SPACE HOLDINGS LIMITED,<br>BRIGHT ELITE MANAGEMENT LIMITED,<br>THEODORE GREEN, MALCOLM BIRD,<br>A.J. ROBBINS, P.C.,<br><br>Defendants. | C.A. No. 11-233-SLR |

## DEFENDANT DELOITTE TOUCHE TOHMATSU'S
## MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

Upon the accompanying Opening Brief in Support of its Motion to Dismiss Plaintiff's Amended Complaint, dated September 30, 2011, the accompanying Declaration of Sng Keng Yeow, Melvin, dated September 30, 2011, with annexed exhibits, the accompanying Declaration of Susan M. Hannigan, dated September 30, 2011, with annexed exhibits, and all prior pleadings and filings herein, Defendant Deloitte Touche Tohmatsu, a Hong Kong accounting firm ("DTT HK"), hereby moves this Court, pursuant to Rule 12(b)(2) and Rule 12(b)(6) of the Federal Rules of Civil Procedure and the doctrine of *forum non conveniens*, for an order, substantially similar to the proposed order attached hereto, dismissing the claims asserted against DTT HK in the Amended Complaint of Plaintiff Starr Investments Cayman II, Inc. The grounds for this motion are set forth in DTT HK's opening brief, filed contemporaneously herewith.

RLF1 5396097v. 1

| | |
|---|---|
| OF COUNSEL:<br><br>Lawrence J. Zweifach<br>Aric H. Wu<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, New York 10166-0193<br>Telephone: (212) 351-4000<br>Facsimile: (212) 351-4035<br>LZweifach@gibsondunn.com<br>AWu@gibsondunn.com<br><br>Dated:  September 30, 2011 | */s/ Raymond J. DiCamillo*<br>Raymond J. DiCamillo (Del. Bar No. 3188)<br>Susan M. Hannigan (Del. Bar No. 5342)<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>DiCamillo@RLF.com<br>Hannigan@RLF.com<br><br>*Attorneys for Defendant*<br>*Deloitte Touche Tohmatsu*<br>*(Hong Kong Partnership)* |

## CERTIFICATE OF SERVICE

I, Susan M. Hannigan, hereby certify that on September 30, 2011, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF, which will send automatic notification to the following registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

Andre G. Bouchard, Esq.
Sean M. Brennecke, Esq.
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801

Albert H. Manwaring, IV, Esq.
James G. McMillan, III, Esq.
Pepper Hamilton LLP
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709

Christian D. Wright, Esq.
James L. Higgins, Esq.
Kristen Renee Salvatore DePalma, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19801

Peter B. Ladig, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

Michael D. Goldman, Esq.
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951

Martin D. Haverly, Esq.
Delle Donne Corporate Center
1011 Centre Road, Suite 117
Wilmington, DE 19805

I hereby certify that on September 30, 2011, I have sent, by electronic mail, the foregoing document to the following non-registered participants:

Nicholas A. Gravante, Jr., Esq.
Lee S. Wolosky, Esq.
Marilyn C. Kunstler, Esq.
Boies, Schiller & Flexner LLP
575 Lexington Avenue
New York, NY 10022

Edward P. Gilbert, Esq.
Brett D. Dockwell, Esq.
Donald W. Chase, Esq.
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022

Jerome S. Fortinsky, Esq.
Christopher R. Fenton, Esq.
Edward G. Timlin, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

Stephen D. Hibbard, Esq.
Shearman & Sterling LLP
Four Embarcadero Center
Suite 3800
San Francisco, CA 94111

Michael E. Marr, Esq.
3107 Tyndale Ave.
Baltimore, MD 21214-3429

Eugene R. Licker, Esq.
Laura M. Vasey, Esq.
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154-1895

Lee Ann Russo, Esq.
Irene S. Fiorentinos, Esq.
Jones Day
77 West Wacker
Chicago, IL 60601-1692

　　　　　　　　　　　　*/s/ Susan M. Hannigan*
　　　　　　　　　　　　Susan M. Hannigan (Del. Bar No. 5342)