# Pepper Hamilton LLP
Attorneys at Law

1313 N. Market Street
Suite 5100
Wilmington, DE 19899-1709
302.777.6500
Fax 302.656.8865

Albert H. Manwaring, IV
direct dial: (302) 777-6514
manwaringa@pepperlaw.com

December 19, 2011

**VIA CM/ECF**

The Honorable Sue L. Robinson
United States District Court
for the District of Delaware
844 North King Street
Wilmington, DE 19801

Re: *Starr Investments Cayman II, Inc. v. China MediaExpress Holdings, Inc., et al.*
U.S. District Court For the District of Delaware
C.A. No. 11-233-SLR

Dear Judge Robinson:

I write on behalf of Defendants China MediaExpress Holdings, Inc. and Zheng Cheng (together, "Defendants") to update the Court on the status of their pending Motion to Stay Discovery in State Court Actions (Docket No. 57) (the "Motion").

We understand that Matthew Olsen, the plaintiff in *Olsen v. Cheng*, C.A. No. 6552-VCP, which is one of the two remaining actions in the Delaware Court of Chancery that are the subject of the Motion, may file a response to the Motion in this Court on or before January 13, 2012. In that event, Defendants will file their reply within 10 days in accordance with the Local Rule 7.1.2(b), at which point briefing on the Motion will be complete, and the Motion may be set for a hearing at the Court's earliest convenience.

Respectfully,

*/s/ Albert H. Manwaring*

Albert H. Manwaring, IV (No. 4339)

cc: Counsel of Record (Via CM/ECF)
Blake A. Bennett (Counsel for Plaintiff Olsen) (via e-mail)