## BOUCHARD MARGULES & FRIEDLANDER

A PROFESSIONAL CORPORATION
SUITE 1400
222 DELAWARE AVENUE
WILMINGTON, DELAWARE 19801
(302) 573-3500
FAX (302) 573-3501

ANDRE G. BOUCHARD

DIRECT DIAL
(302) 573-3510
ABOUCHARD@BMF-LAW.COM

March 14, 2012

By Hand & CM/ECF

Honorable Richard G. Andrews
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Unit 9
Room 2325
Wilmington, DE 19801-3555

Re: *Starr Investments Cayman II, Inc. v. China MediaExpress Holdings, Inc., et al.,*
Case No.: 11 CV 00233 (RGA)

Dear Judge Andrews:

We represent plaintiff Starr Investments Cayman II, Inc. ("Starr") in the above-captioned action. Enclosed is a courtesy copy of Starr's Combined Motion (1) to Extend the Time to Respond to Defendants' Motions to Dismiss Amended Complaint (the "Extension Motion") and (2) for Expedited Consideration of the Extension Motion (the "Combined Motion"), which was filed yesterday evening.

As explained in the Combined Motion, Starr respectfully requests that the Court enter an Order in the form attached as Exhibit B thereto granting an expedited briefing schedule to consider the Extension Motion. Expedited consideration is necessary so that the Extension Motion is not rendered moot. The briefs for which Starr seeks an extension are currently due on April 2, 2012. Absent expedition, under Local Rule 7.1.2, briefing on the Extension Motion would not be complete until April 3, 2012.

If Your Honor has any questions concerning this matter, we are available at the Court's convenience.

Respectfully submitted,

/s/ *Andre G. Bouchard*

Andre G. Bouchard (Bar. No. 2504)

Enclosure

The Honorable Richard G. Andrews
March 14, 2012
Page 2

cc: Albert H. Manwaring, IV, Esquire (by e-filing)
    Christian Douglas Wright, Esquire (by e-filing)
    Raymond DiCamillo, Esquire (by e-filing)
    Peter B. Ladig, Esquire (by e-filing)
    Stephen C. Norman, Esquire (by e-filing)
    Martin D. Haverly, Esquire (by e-filing)

{BMF-W0288374.}