IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
STARR INVESTMENTS CAYMAN II, INC., :

               Plaintiff, :

                                          Case No. 11-CV-00233-RGA

       -against- :

CHINA MEDIAEXPRESS HOLDINGS, INC., :
DELOITTE TOUCHE TOHMATSU, ZHENG
CHENG, JACKY LAM, OU WEN LIN, :
QINGPING LIN, THOUSAND SPACE
HOLDINGS LIMITED, BRIGHT ELITE :
MANAGEMENT LIMITED, THEODORE GREEN,
MALCOLM BIRD, AND A.J. ROBBINS, P.C., :

               Defendants. :
---------------------------------------------------------------x

[~~PROPOSED~~] ORDER

AND NOW, this 30th day of March, 2012, upon consideration of the Plaintiff Starr Investments Cayman II, Inc.'s Motion to Extend Time to Respond to Defendants' Motions to Dismiss Amended Complaint (the "Motion"), it is hereby

ORDERED that the Motion is GRANTED, and that Plaintiff's answering briefs in opposition to the motions to dismiss the Amended Complaint filed by Defendants China MediaExpress Holdings, Inc., Zheng Cheng, Ou Wen Lin, Qingping Lin, Thousand Space Holdings Limited and Bright Elite Management Limited (the "CME–Lin Defendants"), shall be due on or before ~~June~~ May 1, 2012; and the CME-Lin Defendants shall serve and file their respective reply briefs, if any, on or before ~~September~~ August 21, 2012.

                                                    /s/ Richard G. Andrews
                                                  United States District Court Judge