IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STARR INVESTMENTS CAYMAN II, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHINA MEDIAEXPRESS HOLDINGS, INC., DELOITTE TOUCHE TOHMATSU, ZHENG CHENG, JACKY LAM, OU WEN LIN, QINGPING LIN, THOUSAND SPACE HOLDINGS LIMITED, BRIGHT ELITE MANAGEMENT LIMITED, THEODORE GREEN, MALCOLM BIRD, A.J. ROBBINS, P.C., <br><br> Defendants. | C.A. No. 11-233-RGA |

### DEFAULT JUDGMENT AS TO LIABILITY
### AGAINST CHINA MEDIAEXPRESS HOLDINGS, INC.

Based on Plaintiff Starr Investments Cayman II, Inc.'s ("Starr") Motion for Entry of Default Judgment Against China MediaExpress Holdings, Inc. ("CCME") (D.I. [197]), default judgment is entered on Starr's claims in its Amended Complaint (D.I. 25) against CCME pursuant to Fed. R. Civ. P. 55(b)(2).

IT IS HEREBY ORDERED this 21st day of August, 2014, that all of the factual allegations against CCME in Starr's Amended Complaint shall be accepted as true and CCME is liable as to the following causes of action in Starr's Amended Complaint:

- FIRST CAUSE OF ACTION: Violation of Section 10(b) of the Exchange Act and Rule 10b-5; and

- THIRD CAUSE OF ACTION: Common law fraud.

IT IS FURTHER ORDERED that Starr has judgment against CCME in an amount to be determined by the Court at trial or some later date with interest at the highest rate permitted by

{BMF-W0341025.}

federal law to begin accruing from the date of this default judgment, plus costs and disbursements of this action in an amount to be determined by the Court at a later date.

                                                                          /s/ Richard G. Andrews
                                                                          U.S. District Judge

{BMF-W0341025.}