IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STARR INVESTMENTS CAYMAN II INC., | : : : |
| Plaintiff, | : : |
| v. | : : Civil Action No. 11-233-RGA |
| CHINA MEDIAEXPRESS HOLDINGS INC., et al., Defendant. | : : : : |

## CLERK'S ENTRY OF DEFAULT

AND NOW TO WIT THIS 10th day of November, 2014, the Plaintiff Starr Investments Cayman II Inc., has filed a Request For Clerk's Entry of Default (D.I. 296).

It appearing from the Motion of Joel Friedlander, Esq. (D.I.296), and the Notice of Service (D.I. 209), that service was effectuated in accordance with Delaware Code, section 10, subsection 3114(c), and Zheng Cheng and Jacky Lam have not Answered or otherwise moved with respect to the Second Amended Complaint.

Therefore, IT IS HEREBY ORDERED, in accordance with Federal Rule of Civil Procedure 55(a) that a default is hereby **ENTERED** against Zheng Cheng and Jacky Lam.

John A. Cerino, Clerk of Court

By _____
DEPUTY CLERK