# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------X
STARR INVESTMENTS CAYMAN II, INC.  :

                                Plaintiff,  :

                          Case No. 1:11-CV-00233 (RGA)

       v.  :

CHINA MEDIAEXPRESS HOLDINGS, INC.,  :
DELOITTE TOUCHE TOHMATSU,
ZHENG CHENG, JACKY LAM,  : **STIPULATION AND ORDER OF**
OU WEN LIN, QINGPING LIN,  **DISMISSAL WITH PREJUDICE**
THOUSAND SPACE HOLDINGS LIMITED,  :
BRIGHT ELITE MANAGEMENT LIMITED,
THEODORE GREEN, MALCOLM BIRD,  :
A.J. ROBBINS, P.C.,

                               Defendants.
------------------------------------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for Plaintiff Starr Investments Cayman II, Inc., and the attorneys for Defendants Theodore Green and Malcolm Bird, that the above-entitled action be dismissed against Theodore Green and Malcolm Bird with prejudice, each party to bear its own fees and costs.

    IT IS FURTHER STIPULATED AND AGREED that a facsimile signature on this stipulation will be deemed an original and that the stipulation may be signed in counterparts that

together constitute one instrument.

Dated: Wilmington, Delaware
December 11, 2014

| MORRIS JAMES LLP | FRIEDLANDER & GORRIS, P.A. |
|---|---|
| By: /s/ Peter B. Ladig | By: /s/ Joel Friedlander |
| Peter B. Ladig (Del. Bar No. 3513) | Joel Friedlander (Del. Bar No. 3163) |
| 500 Delaware Avenue, Suite 1500 | Christopher M. Foulds (Del. Bar No. 5169) |
| Wilmington, DE 19801-1494 | 222 Delaware Avenue, Suite 1400 |
| (302) 888-6826 | Wilmington, DE 19801 |
|  | (302) 573-3500 |
| *Attorneys for Defendants* | *Attorneys for Plaintiff* |
| *Theodore Green and Malcolm Bird* | *Starr Investments Cayman II, Inc.* |

SO ORDERED:

_____
Richard G. Andrews, U.S.D.J.