IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------X
STARR INVESTMENTS CAYMAN II, INC.          :

                          Plaintiff,      :

                                           Case No. 1:11-CV-00233 (RGA)

      v.                                                        :

CHINA MEDIAEXPRESS HOLDINGS, INC.,         :
DELOITTE TOUCHE TOHMATSU,
ZHENG CHENG, JACKY LAM,                    :  **STIPULATION AND ORDER OF**
OU WEN LIN, QINGPING LIN,                     **DISMISSAL WITH PREJUDICE**
THOUSAND SPACE HOLDINGS LIMITED,           :
BRIGHT ELITE MANAGEMENT LIMITED,
THEODORE GREEN, MALCOLM BIRD,              :
A.J. ROBBINS, P.C.,
                                           :

                       Defendants.
---------------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for Plaintiff Starr Investments Cayman II, Inc., and the attorneys for Defendants Theodore Green and Malcolm Bird, that the above-entitled action be dismissed against Theodore Green and Malcolm Bird with prejudice, each party to bear its own fees and costs.

IT IS FURTHER STIPULATED AND AGREED that a facsimile signature on this stipulation will be deemed an original and that the stipulation may be signed in counterparts that

together constitute one instrument.

Dated: Wilmington, Delaware
December 11, 2014

| MORRIS JAMES LLP | FRIEDLANDER & GORRIS, P.A. |
|---|---|
| By: /s/ Peter B. Ladig<br>Peter B. Ladig (Del. Bar No. 3513)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801-1494<br>(302) 888-6826 | By: /s/ Joel Friedlander<br>Joel Friedlander (Del. Bar No. 3163)<br>Christopher M. Foulds (Del. Bar No. 5169)<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801<br>(302) 573-3500 |
| *Attorneys for Defendants*<br>*Theodore Green and Malcolm Bird* | *Attorneys for Plaintiff*<br>*Starr Investments Cayman II, Inc.* |

SO ORDERED:

/s/ Richard G. Andrews
Richard G. Andrews, U.S.D.J.