IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STARR INVESTMENTS CAYMAN<br>II INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 11-233-RGA |
| | : | |
| CHINA MEDIAEXPRESS<br>HOLDINGS INC., et al., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

In light of the representations of an agreement in principle to settle involving Plaintiff and Defendants Deloitte Touche Tohmatsu and Tom Kwok (D.I. 322), the pending motion of those two Defendants (D.I. 270) is **DISMISSED WITHOUT PREJUDICE** to refiling should settlement not be achieved.

IT IS SO ORDERED this _7_ day of August 2015.

_Richard G Andrews_
United States District Judge