# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STARR INVESTMENTS CAYMAN II, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHINA MEDIAEXPRESS HOLDINGS, INC., DELOITTE TOUCHE TOHMATSU, TOM KWOK, ZHENG CHENG, JACKY LAM, OU WEN LIN, QINGPING LIN, THOUSAND SPACE HOLDINGS LIMITED, BRIGHT ELITE MANAGEMENT LIMITED, THEODORE GREEN, MALCOLM BIRD, A.J. ROBBINS, P.C., <br><br> Defendants. | C.A. No. 11-233-RGA |

## DEFAULT JUDGMENT AS TO LIABILITY
## AGAINST JACKY LAM AND ZHENG CHENG

Based on Plaintiff Starr Investments Cayman II, Inc.'s ("Starr") Motion for Entry of Default Judgment Against Jacky Lam ("Lam") and Zheng Cheng ("Cheng") (D.I. 299), default judgment is entered on Starr's claims in its Second Amended Complaint (D.I. 207) against Lam and Cheng pursuant to Fed. R. Civ. P. 55.

IT IS HEREBY ORDERED this 7th day of August, 2015, that all of the factual allegations against Lam and Cheng in Starr's Second Amended Complaint (D.I. 207) shall be accepted as true and Lam and Cheng are liable as to the following causes of action in Starr's Second Amended Complaint:

- FIRST CAUSE OF ACTION: Violation of Section 10(b) of the Exchange Act and Rule 10b-5;

- SECOND CAUSE OF ACTION: Violation of Section 20(a) of the Exchange Act;

- THIRD CAUSE OF ACTION: Common law fraud;

{FG-W0380746.}

- SIXTH CAUSE OF ACTION: Breach of Fiduciary Duty;

- SEVENTH CAUSE OF ACTION: Conspiracy to Commit Fraud.

IT IS FURTHER ORDERED that Starr has judgment against Lam and Cheng in an amount to be determined by the Court at trial, hearing, or some later date with pre- and post-judgment interest at the highest rate permitted by federal law, plus costs and disbursements of this action in an amount to be determined by the Court at a later date.

_____
U.S. District Judge