IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STARR INVESTMENTS CAYMAN II INC., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 11-233-RGA |
| CHINA MEDIAEXPRESS HOLDINGS INC., et al., | : |
| Defendants. | : |

**ORDER**

Whereas, one group of defendants has agreed "in principle" to settle with Plaintiff, and it seems to be envisioned that the settlement process will take some time (D.I. 322);

Whereas, another group of defendants has asked for a stay of six months (D.I. 326);

Whereas, another group of defendants has defaulted, and it does not appear that Plaintiff is likely to be trying to prove its damages case any time soon (D.I. 324); and

Whereas all other defendants have had their cases resolved;

NOW THEREFORE, this 24 day of August 2015, IT IS HEREBY ORDERED that:

1. The case is **STAYED** until at least November 10, 2015 (*see* D.I. 322);

2. If the agreement in principle is finalized, the Court will further **STAY** the case until February 21, 2016 (*see* D.I. 326);

3. The pending motion (D.I. 274) is **DISMISSED WITHOUT PREJUDICE**. Should the case as to the Lin defendants be unstayed, the motion may be reinstated by letter.

4. The Court expects status reports on or about November 10, 2015 (unless the agreement

in principle is filed before then) and on or about February 21, 2016.

    5. The Court is amenable to unstaying the case upon letter request for whatever reason.

*Richard G. Andrews*
United States District Judge