**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| STARR INVESTMENTS CAYMAN II, INC., <br><br>                    Plaintiff, <br><br>        v. <br><br> CHINA MEDIAEXPRESS HOLDINGS, INC., DELOITTE TOUCHE TOHMATSU, TOM KWOK, ZHENG CHENG, JACKY LAM, OU WEN LIN, QINGPING LIN, THOUSAND SPACE HOLDINGS LIMITED, BRIGHT ELITE MANAGEMENT LIMITED, THEODORE GREEN, MALCOLM BIRD, A.J. ROBBINS, P.C., <br><br>                    Defendants. | C.A. No. 11-cv-00233-RGA |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for Plaintiff Starr Investments Cayman II, Inc., and the attorneys for Defendants Deloitte Touche Tohmatsu ("DTT") and Kwok Yim Shing[1] ("Kwok"), that the above-entitled action (the "Action") be dismissed against DTT and Kwok with prejudice, each party to bear its own fees and costs.

IT IS FURTHER STIPULATED AND AGREED that said dismissal shall be a bar to the bringing of any action or claim that relates to or arises out of, directly or indirectly, any of the facts and transactions referenced in the Action.

IT IS FURTHER STIPULATED AND AGREED that a facsimile signature on this stipulation will be deemed an original and that the stipulation may be signed in counterparts that together constitute one instrument.

---

[1] Mr. Kwok is also known as Tom Kwok, the name in the caption of this case.

{FG-W0396898.}

Dated: September 24, 2015

RICHARDS, LAYTON & FINGER, P.A.          FRIEDLANDER & GORRIS, P.A.


By: */s/ Susan M. Hannigan*                By: */s/ Joel Friedlander*
Raymond J. DiCamillo (Bar No. 3188)        Joel Friedlander (Bar No. 3163)
Susan M. Hannigan (Bar No. 5342)           Christopher M. Foulds (Bar No. 5169)
920 North King Street                      222 Delaware Avenue, Suite 1400
Wilmington, Delaware                       Wilmington, Delaware
Telephone: (302) 651-7700                  Telephone: (302) 573-3500
Facsimile: (302) 651-7701                  Facsimile: (302) 573-3501
DiCamillo@RLF.com                          jfriedlander@friedlandergorris.com
Hannigan@RLF.com                           cfoulds@friedlandergorris.com

*Attorneys for Defendants Deloitte Touche*   *Attorneys for Plaintiff Starr Investments*
*Tohmatsu and Tom Kwok*                       *Cayman II, Inc.*




SO ORDERED:



Richard G. Andrews, U.S.D.J.

{FG-W0396898.}