IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STARR INVESTMENTS CAYMAN II INC., : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> CHINA MEDIAEXPRESS : <br> HOLDINGS INC., et al., : <br> : <br> Defendants. : | Civil Action No. 11-233-RGA |

## ORDER

WHEREAS, the above-captioned case has been stayed since August 24, 2015, while the parties finalize settlement (D.I. 327);

NOW THEREFORE, IT IS HEREBY ORDERED that, the above-captioned case is **ADMINISTRATIVELY CLOSED**. The parties shall promptly notify the Court when this case may be reopened and other appropriate action may be taken.

February 22, 2016
DATE

*Richard G. Andrews*
UNITED STATES DISTRICT JUDGE