IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STARR INVESTMENTS CAYMAN II, INC., : : : : Plaintiff, : : v. : : CHINA MEDIAEXPRESS : HOLDINGS, INC., et al., : : Defendants. : | Civil Action No. 11-233-RGA |

## CLERK'S ENTRY OF DEFAULT

AND NOW TO WIT THIS 26th day of August, 2019, the Plaintiff Starr Investments Cayman II, Inc., has filed a Request for Entry of Default Against A.J. Robbins, P.C. (D.I. 359).

It appearing from the request for default (D.I. 359), and the summons returned executed (D.I. 33), that service was effectuated and A.J. Robbins, P.C., has not answered or otherwise moved with respect to the Complaint.

Therefore, IT IS HEREBY ORDERED, in accordance with Federal Rule of Civil Procedure 55(a) that a default is hereby **ENTERED** against A.J. Robbins, P.C.

John A. Cerino, Clerk

By _____
DEPUTY CLERK