IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STARR INVESTMENTS CAYMAN II, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CHINA MEDIAEXPRESS HOLDINGS, INC., DELOITTE TOUCHE TOHMATSU, TOM KWOK, ZHENG CHENG, JACKY LAM, OU WEN LIN, QINGPING LIN, THOUSAND SPACE HOLDINGS LIMITED, BRIGHT ELITE MANAGEMENT LIMITED, THEODORE GREEN, MALCOLM BIRD, A.J. ROBBINS, P.C.,<br><br>Defendants. | C.A. No. 11-233-RGA |

## DEFAULT JUDGMENT AS TO LIABILITY AGAINST A.J. ROBBINS, P.C.

Based on Plaintiff Starr Investments Cayman II, Inc.'s ("Starr") Motion for Entry of Default Judgment Against A.J. Robbins, P.C. (D.I. 362), default judgment is entered on Starr's claims in its Second Amended Complaint (D.I. 207) against Defendant A.J. Robbins, P.C., pursuant to Fed. R. Civ. P. 55.

IT IS HEREBY ORDERED this 26 day of September, 2019, that all of the factual allegations against Defendant A.J. Robbins, P.C., in Starr's Second Amended Complaint (D.I. 207) shall be accepted as true and Defendant A.J. Robbins, P.C. is liable as to the following causes of action in Starr's Second Amended Complaint:

- FIRST CAUSE OF ACTION: Violation of Section 10(b) of the Exchange Act and Rule 10b-5

- THIRD CAUSE OF ACTION: Common Law Fraud.

IT IS FURTHER ORDERED that Starr has judgment against Defendant A.J. Robbins, P.C., in an amount to be determined by the Court at trial, hearing, or some later date with pre-

and post-judgment interest as permitted by federal law, plus costs and disbursements of this action in an amount to be determined by the Court at a later date.

_____
U.S. District Judge

{FG-W0454779.}